UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Richard Dwane Long,

Plaintiff,

vs.

County of Chisago; Randy Schwegman, Sheriff of Chisago County; Richard Ruzicka, Chisago County Animal Control Officer; and Drew Fitzpatrick, Chief Officer of Hooved Animal Rescue, Inc.,

Defendants.

Court File No. 01-CV-340 JMR/FLN

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

IT IS HEREBY STIPULATED BY AND BETWEEN the parties to the above-entitled action, through their respective undersigned attorneys, that this entire lawsuit may be, and hereby is, dismissed on its merits and with prejudice, but without costs, disbursements, or attorney's fees to any of the parties.

IT IS FURTHER STIPULATED, that without further notice, a Judgment of Dismissal with Prejudice and upon the merits of all claims, without costs, disbursements or attorney's fees to any of the parties, may be entered herein.

FILED
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS

Dated: 12/6/01.

IVERSON REUVERS, LLC

By: [signature]

Jon K. Iverson, #146389
Kafi E. Cohn, #030251X
Attorneys for Defendant
230 Townline Plaza
8585 West 78th Street
Bloomington, MN 55438
(952) 548-7200

Dated: 11/7/01.

By: [signature]

Gary B. Bodelson, #120923
Attorney for Plaintiff
Barristers Trust Building
247 Third Avenue South
Minneapolis, MN 55415

Dated: 11/14/01.

KNUSTON, FLYNN & DEANS

By: [signature]

Jonathan K. Reppe, # 260332
Attorney for Defendant Richard Ruzicka
1155 Centre POinte Drive, Suite 10
Mendota Heights, MN 55120
651-222-2811

Dated: 12/7/01.

S. JOHN ROACH & ASSOCIATES

By: [signature]

VIctoria S. Dennis, # 0302685
Attorney for Defendant Drew Fitzpatrick
~~155 East First Avenue~~ P.O. Box 451
~~Shakopee, MN 55379~~ Northfield, MN 55057
~~952-445-3044~~
(612) 532-5848

**ORDER FOR JUDGMENT**

The foregoing Stipulation, having been presented to the Court on behalf of the above parties,

IT IS HEREBY ORDERED that the above-entitled action is hereby dismissed with prejudice and on the merits and without costs, disbursements, or attorney's fees to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated this 12th day of December, 2001.

BY THE COURT:

Judge of District Court

**JUDGMENT**

Pursuant to the foregoing Stipulation and Order,

IT IS HEREBY ORDERED AND ADJUDGED that the above-entitled action be, and the same hereby is, dismissed with prejudice and on its merits and without costs or disbursements to any party.

WITNESS THE HONORABLE ______________________, one of the Judges of this Court, this ______ day of ________________, 2001.

BY THE COURT:

______________________________

Clerk of District Court